UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

HEEREN BROTHERS, INC.,
a Michigan corporation,

       Plaintiff,

Case No. 1:10-cv-5

HON. PAUL L. MALONEY

v.

AKRAM KARADSHEH, an individual,

       Defendant.
_____/

## JUDGMENT BY DEFAULT AGAINST DEFENDANT AKRAM KARADSHEH

Defendant, Akram Karadsheh, having been defaulted for failure to appear; neither being a minor nor an incompetent and not being in the military; and Plaintiff having presented evidence it is due the amount of **$7,274.86**, exclusive of post-judgment interest and future costs and attorney fees of collection,

Accordingly, pursuant to Fed. R. Civ. P. 55(b)(2), **JUDGMENT BY DEFAULT** is entered in favor of Plaintiff, Heeren Brothers, Inc.—exclusive of post-judgment interest and future costs and attorney fees of collection—and **against Mr. Karadsheh for $7,274.86**.

HON. PAUL L. MALONEY

Dated: April , 21 , 2010      By   /s/ Paul L. Maloney
                                                   United States District Court Judge